# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Damian Charles Kildare,<br>aka Damian Kildare, aka Damian C Kildare, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:25–bk–01904–MJC |
| Janele Rebecca Kildare,<br>aka Janele R Kildare, aka Janele Kildare, dba Janele Kildare's Cleaning Service, | | |
| **Debtor 2** | | |

Social Security No.:
xxx–xx–0529    xxx–xx–2552

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 22, 2025

**fnldecac** (05/18)