United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Damian Charles Kildare  
Janele Rebecca Kildare  
    Debtors

Case No. 25-01904-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 2  
Date Rcvd: Oct 22, 2025      Form ID: 318      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damian Charles Kildare, Janele Rebecca Kildare, 678 Pennsylvania Ave, Little Meadows, PA 18830-7833 |
| cr | + | Capital One, N.A, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5725466 | + | Discover Home Loans, 2402 W Beardsley Rd, Phoenix, AZ 85027-3301 |
| 5725473 | + | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St., Suite 1355, Philadelphia, PA 19106-3602 |
| 5725474 | | Old Republic, 8282 S Memorial Dr, Suite 202, Tulsa, OK 74133-4352 |
| 5725475 | + | Our Lady of Lourdes, PO Box 14099, Belfast, ME 04915-4034 |
| 5725477 | | Portfolio Recovery Associates, Riverside Commerce Center, Norfolk, VA 23502-4962 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5725460 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 22 2025 18:45:44 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5725461 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 18:45:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5734917 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2025 18:45:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5725462 | | EDI: BANKAMER | Oct 22 2025 22:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5725464 | + | EDI: CITICORP | Oct 22 2025 22:42:00 | CITI, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5725463 | + | EDI: CAPITALONE.COM | Oct 22 2025 22:42:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5725465 | | EDI: DISCOVER | Oct 22 2025 22:42:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5725467 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 22 2025 18:40:00 | FNB Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| 5725468 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 22 2025 18:40:00 | GS Bank/General Motors, 11850 South Election Rd, Draper, UT 84020-6814 |
| 5725469 | | EDI: SYNC | Oct 22 2025 22:42:00 | JC Penney, PO Box 965033, Orlando, FL 32896-5033 |
| 5725471 | | EDI: JPMORGANCHASE | Oct 22 2025 22:42:00 | JPMCB Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5725470 | + | EDI: JEFFERSONCAP.COM | Oct 22 2025 22:42:00 | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5725472 | | ^ MEBN | Oct 22 2025 18:38:21 | Kia Motor Finance, PO Box 650805, Dallas, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5725473 | ^ | MEBN | Oct 22 2025 18:38:29 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St., Suite 1355, Philadelphia, PA 19106-3602 75265-0805 |
| 5725476 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 22 2025 18:40:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 5725478 | + | EDI: SYNC | Oct 22 2025 22:42:00 | SYNCB/WalMart, PO Box 71746, Philadelphia, PA 19176-1746 |
| 5725479 | + | Email/Text: charles.averett@nyuhs.org | Oct 22 2025 18:40:00 | UHS, 33 Lewis Rd, Binghamton, NY 13905-1055 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Damian Charles Kildare usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Janele Rebecca Kildare usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com  PA88@ecfcbis.com |
| Ryan Srnik | on behalf of Creditor Capital One  N.A ryan.srnik@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Damian Charles Kildare<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0529<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Janele Rebecca Kildare<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2552<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–01904–MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Damian Charles Kildare
aka Damian Kildare, aka Damian C Kildare

Janele Rebecca Kildare
aka Janele R Kildare, aka Janele Kildare, dba Janele Kildare's Cleaning Service

**By the court:**

10/22/25

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**