United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01904-MJC |
| Damian Charles Kildare | Chapter 7 |
| Janele Rebecca Kildare | |
|     Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0314-5  User: admin  Page 1 of 2
Date Rcvd: Oct 23, 2025  Form ID: fnldecac  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damian Charles Kildare, Janele Rebecca Kildare, 678 Pennsylvania Ave, Little Meadows, PA 18830-7833 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

**Name**           **Email Address**

Carlo Sabatini
    on behalf of Debtor 1 Damian Charles Kildare usbkct@bankruptcypa.com
    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Carlo Sabatini
    on behalf of Debtor 2 Janele Rebecca Kildare usbkct@bankruptcypa.com
    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Lisa Ann Rynard
    larynard@larynardlaw.com  PA88@ecfcbis.com

Ryan Srnik
    on behalf of Creditor Capital One  N.A ryan.srnik@brockandscott.com, wbecf@brockandscott.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Damian Charles Kildare,<br>aka Damian Kildare, aka Damian C Kildare, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:25−bk−01904−MJC |
| Janele Rebecca Kildare,<br>aka Janele R Kildare, aka Janele Kildare, dba Janele Kildare's Cleaning Service, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−0529    xxx−xx−2552

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Lisa Ann Rynard

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 22, 2025

**fnldecac** (05/18)