UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WITHDRAWAL OF<br>APPEARANCES BY RYAN SRNIK<br>IN VARIOUS OPEN CASES AND<br>ENTRY OF APPEARANCE OF<br>ANDREW SPIVACK IN VARIOUS<br>OPEN CASES | )<br>)<br>)<br>)   Miscellaneous No.<br>)<br>)<br>)<br>) |

### NOTICE OF SUBSTITUTION AND NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING MULTIPLE CASES LISTED ON THE ATTACHED LIST OF CASES

NOW COME Movants, Ryan Srnik and Andrew Spivack of Brock and Scott, PLLC, and gives NOTICE that Andrew Spivack hereby is substituted as counsel, and makes an appearance, pursuant to Bankruptcy Rule 9010 and makes its appearance in the attached list of cases and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Please take notice that Andrew Spivack hereby appears as counsel in place of Ryan Srnik in the attached list of cases pursuant to Bankruptcy Rule 9010(b).

With authority given by prior counsel, this gives notice that Ryan Srnik withdraws from the attached list of cases.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
844-856-6646
704-369-0760
PABKR@brockandscott.com

Consented to by:

/s/ Ryan Srnik
Ryan Srnik, Esquire
PA Bar No. 334854

# EXHIBIT A

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| | 1:23-bk-00175-HWV | Daniel L Curry and Penelope Elaine Curry | 13 | 1/27/2023 | N / A | N / A |
| | 1:23-bk-01752-HWV | Gwendolyn Olivia Brown | 13 | 8/2/2023 | N / A | N / A |
| | 1:24-bk-02301-HWV | Elizabeth Ashley Keller | 13 | 9/13/2024 | N / A | N / A |
| | 1:24-bk-03122-HWV | Jeanne Ann Pastor | 13 | 12/3/2024 | N / A | N / A |
| | 1:24-bk-03142-HWV | Bryan K Chandler and Angela J Chandler | 13 | 12/5/2024 | N / A | N / A |
| | 1:25-bk-00178-HWV | John David Blauch, Jr | 13 | 1/23/2025 | N / A | N / A |
| | 1:25-bk-01105-HWV | Steven D. Kohr | 13 | 4/22/2025 | N / A | N / A |
| | 1:25-bk-01112-HWV | Daniel A. Larock | 13 | 4/23/2025 | N / A | N / A |
| | 1:25-bk-01122-HWV | Alexander Jacob Ruppert | 13 | 4/24/2025 | N / A | N / A |
| | 1:25-bk-01203-HWV | David F Dinger and Angelique Dinger | 13 | 4/30/2025 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed Date | | |
|---|---|---|---|---|---|
| 1:25-bk-01280-HWV | Gene Galen Smeltz and Betty Ann Smeltz | 13 | 5/8/2025 | N / A | N / A |
| 1:25-bk-01471-HWV | David Torres | 13 | 5/27/2025 | N / A | N / A |
| 1:25-bk-01487-HWV | Kathleen Elizabeth Steinbaecher | 13 | 5/28/2025 | N / A | N / A |
| 1:25-bk-01554-HWV | Michael James Walker | 13 | 5/30/2025 | N / A | N / A |
| 1:25-bk-01564-HWV | Angelea Michelle Jones | 13 | 6/1/2025 | N / A | N / A |
| 1:25-bk-01581-HWV | Ronald Wilson Dreese, Jr and Serena Lugo Dreese | 13 | 6/3/2025 | N / A | N / A |
| 1:25-bk-02058-HWV | Leidy Martinez | 13 | 7/24/2025 | N / A | N / A |
| 1:25-bk-02110-HWV | Dimitrios G. Mokas and Nikki K. Psilogiannopoulou | 13 | 7/29/2025 | N / A | N / A |
| 1:25-bk-02247-HWV | Erica M Vega Rivera and Alex X Cruz Quinones | 13 | 8/12/2025 | N / A | N / A |

| Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|
| 1:25-bk-02282-HWV | Andy Gonzalez and Tamela D. Gonzalez | 13 | 8/15/2025 | N / A | N / A |
| 1:25-bk-02348-HWV | Charles M. Curry | 13 | 8/22/2025 | N / A | N / A |
| 1:25-bk-02388-HWV | James Jay Goodling | 13 | 8/27/2025 | N / A | N / A |
| 1:25-bk-02399-HWV | Ethan Timothy Borgal and Stephanie Lynn Borgal | 13 | 8/28/2025 | N / A | N / A |
| 1:25-bk-02446-HWV | Daniel E. Sneddon | 13 | 8/31/2025 | N / A | N / A |
| 1:25-bk-02454-HWV | Michael Robert Delphey and Jonelle Renee Delphey | 13 | 9/2/2025 | N / A | N / A |
| 1:25-bk-02464-HWV | Richard Allen Byers | 13 | 9/2/2025 | N / A | N / A |
| 1:25-bk-02467-HWV | Kishor C Sheth | 13 | 9/3/2025 | N / A | N / A |
| 1:25-bk-02540-HWV | David Wayne Spicknall, Sr | 13 | 9/9/2025 | N / A | N / A |
| 1:25-bk-02560-HWV | Douglas S. Williams | 13 | 9/11/2025 | N / A | N / A |
| 1:25-bk-02666-HWV | Kelly A Sheetz | 13 | 9/19/2025 | N / A | N / A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| [4:24-bk-01410-MJC](#) | Patricia A. O'Brien | 13 | 6/6/2024 | N / A | N / A |
| [4:25-bk-01861-MJC](#) | Gregory George Werts | 13 | 7/3/2025 | N / A | N / A |
| [4:25-bk-02361-MJC](#) | Christina Ann Colavito | 13 | 8/25/2025 | N / A | N / A |
| [5:22-bk-02386-MJC](#) | Melissa S. Putney-Steinmetz | 13 | 12/12/2022 | N / A | N / A |
| [5:23-bk-01873-MJC](#) | Carol A Yates | 13 | 8/18/2023 | N / A | N / A |
| [5:23-bk-02806-MJC](#) | Derek Carl Heppding and Arlette Marie Heppding | 13 | 12/13/2023 | N / A | N / A |
| [5:24-bk-03146-MJC](#) | Charles Bane Sutherland | 13 | 12/5/2024 | N / A | N / A |
| [5:24-bk-03191-MJC](#) | Tristan Douglas Brader-Sims | 13 | 12/10/2024 | N / A | N / A |
| [5:25-bk-00423-MJC](#) | Travis Anthony Edward Durino and Renelyn Castillo Emery | 13 | 2/18/2025 | N / A | N / A |
| [5:25-bk-00813-MJC](#) | Brandi Michelle Colter | 7 | 3/26/2025 | N / A | N / A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 5:25-bk-01162-MJC | Gerald Brian Wilkerson | 13 | 4/28/2025 | N / A | N / A |
| 5:25-bk-01430-MJC | Troy Ray Byers | 13 | 5/22/2025 | N / A | N / A |
| 5:25-bk-01634-MJC | Stephen Mark-Harold Benscoter | 13 | 6/9/2025 | N / A | N / A |
| 5:25-bk-01670-MJC | Nicole D. Boyer | 13 | 6/12/2025 | N / A | N / A |
| 5:25-bk-01738-MJC | Cynthia Pilgrim | 13 | 6/23/2025 | N / A | N / A |
| 5:25-bk-01749-MJC | David Alan Hull | 13 | 6/24/2025 | N / A | N / A |
| 5:25-bk-01833-MJC | Monica Edith Meichsner | 13 | 7/1/2025 | N / A | N / A |
| 5:25-bk-01867-MJC | Jared Joseph Everett | 13 | 7/3/2025 | N / A | N / A |
| 5:25-bk-01887-MJC | Stephanie Bajnoczy | 13 | 7/8/2025 | N / A | N / A |
| 5:25-bk-01904-MJC | Damian Charles Kildare and Janele Rebecca Kildare | 7 | 7/10/2025 | N / A | N / A |
| 5:25-bk-02152-MJC | Vincent Thomas and Maria Grace Thomas | 13 | 7/31/2025 | N / A | N / A |
| 5:25-bk-02246-MJC | Alibek B. Badalov | 13 | 8/12/2025 | N / A | N / A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| [5:25-bk-02303-MJC](#) | Anthony Thomas Periu | 13 | 8/18/2025 | N/A | N/A |
| [5:25-bk-02314-MJC](#) | Linda Marie Lewandoski | 13 | 8/19/2025 | N/A | N/A |
| [5:25-bk-02365-MJC](#) | John F Donahue | 13 | 8/25/2025 | N/A | N/A |
| [5:25-bk-02725-MJC](#) | Daniel Wayne Smith | 13 | 9/24/2025 | N/A | N/A |
| [5:25-bk-02726-MJC](#) | Zamora Davis | 13 | 9/24/2025 | N/A | N/A |
| [5:25-bk-02735-MJC](#) | Mark Scott Weber | 13 | 9/25/2025 | N/A | N/A |
| [5:25-bk-02768-MJC](#) | Joel Arquimides Amparo Munoz | 7 | 9/29/2025 | N/A | N/A |
| [5:25-bk-02805-MJC](#) | Carlos Joel Villanueva | 13 | 10/1/2025 | N/A | N/A |