# EXHIBIT "A"

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| | 1:23-bk-00175-HWV | Daniel L Curry and Penelope Elaine Curry | 13 | 1/27/2023 | N / A | N / A |
| | 1:23-bk-01752-HWV | Gwendolyn Olivia Brown | 13 | 8/2/2023 | N / A | N / A |
| | 1:24-bk-02301-HWV | Elizabeth Ashley Keller | 13 | 9/13/2024 | N / A | N / A |
| | 1:24-bk-03122-HWV | Jeanne Ann Pastor | 13 | 12/3/2024 | N / A | N / A |
| | 1:24-bk-03142-HWV | Bryan K Chandler and Angela J Chandler | 13 | 12/5/2024 | N / A | N / A |
| | 1:25-bk-00178-HWV | John David Blauch, Jr | 13 | 1/23/2025 | N / A | N / A |
| | 1:25-bk-01105-HWV | Steven D. Kohr | 13 | 4/22/2025 | N / A | N / A |
| | 1:25-bk-01112-HWV | Daniel A. Larock | 13 | 4/23/2025 | N / A | N / A |
| | 1:25-bk-01122-HWV | Alexander Jacob Ruppert | 13 | 4/24/2025 | N / A | N / A |
| | 1:25-bk-01203-HWV | David F Dinger and Angelique Dinger | 13 | 4/30/2025 | N / A | N / A |
| | 1:25-bk-01280-HWV | Gene Galen Smeltz and Betty Ann Smeltz | 13 | 5/8/2025 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:25-bk-01471-HWV | David Torres | 13 | 5/27/2025 | N / A | N / A |
| 1:25-bk-01487-HWV | Kathleen Elizabeth Steinbaecher | 13 | 5/28/2025 | N / A | N / A |
| 1:25-bk-01554-HWV | Michael James Walker | 13 | 5/30/2025 | N / A | N / A |
| 1:25-bk-01564-HWV | Angelea Michelle Jones | 13 | 6/1/2025 | N / A | N / A |
| 1:25-bk-01581-HWV | Ronald Wilson Dreese, Jr and Serena Lugo Dreese | 13 | 6/3/2025 | N / A | N / A |
| 1:25-bk-02058-HWV | Leidy Martinez | 13 | 7/24/2025 | N / A | N / A |
| 1:25-bk-02110-HWV | Dimitrios G. Mokas and Nikki K. Psilogiannopoulou | 13 | 7/29/2025 | N / A | N / A |
| 1:25-bk-02247-HWV | Erica M Vega Rivera and Alex X Cruz Quinones | 13 | 8/12/2025 | N / A | N / A |
| 1:25-bk-02282-HWV | Andy Gonzalez and Tamela D. Gonzalez | 13 | 8/15/2025 | N / A | N / A |
| 1:25-bk-02348-HWV | Charles M. Curry | 13 | 8/22/2025 | N / A | N / A |
| 1:25-bk-02388-HWV | James Jay Goodling | 13 | 8/27/2025 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 1:25-bk-02399-HWV | Ethan Timothy Borgal and Stephanie Lynn Borgal | 13 | 8/28/2025 | N / A | N / A |
| 1:25-bk-02446-HWV | Daniel E. Sneddon | 13 | 8/31/2025 | N / A | N / A |
| 1:25-bk-02454-HWV | Michael Robert Delphey and Jonelle Renee Delphey | 13 | 9/2/2025 | N / A | N / A |
| 1:25-bk-02464-HWV | Richard Allen Byers | 13 | 9/2/2025 | N / A | N / A |
| 1:25-bk-02467-HWV | Kishor C Sheth | 13 | 9/3/2025 | N / A | N / A |
| 1:25-bk-02540-HWV | David Wayne Spicknall, Sr | 13 | 9/9/2025 | N / A | N / A |
| 1:25-bk-02560-HWV | Douglas S. Williams | 13 | 9/11/2025 | N / A | N / A |
| 1:25-bk-02666-HWV | Kelly A Sheetz | 13 | 9/19/2025 | N / A | N / A |
| 4:24-bk-01410-MJC | Patricia A. O'Brien | 13 | 6/6/2024 | N / A | N / A |
| 4:25-bk-01861-MJC | Gregory George Werts | 13 | 7/3/2025 | N / A | N / A |
| 4:25-bk-02361-MJC | Christina Ann Colavito | 13 | 8/25/2025 | N / A | N / A |
| 5:22-bk-02386-MJC | Melissa S. Putney-Steinmetz | 13 | 12/12/2022 | N / A | N / A |
| 5:23-bk-01873-MJC | Carol A Yates | 13 | 8/18/2023 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 5:23-bk-02806-MJC | Derek Carl Heppding and Arlette Marie Heppding | 13 | 12/13/2023 | N / A | N / A |
| 5:24-bk-03146-MJC | Charles Bane Sutherland | 13 | 12/5/2024 | N / A | N / A |
| 5:24-bk-03191-MJC | Tristan Douglas Brader-Sims | 13 | 12/10/2024 | N / A | N / A |
| 5:25-bk-00423-MJC | Travis Anthony Edward Durino and Renelyn Castillo Emery | 13 | 2/18/2025 | N / A | N / A |
| 5:25-bk-00813-MJC | Brandi Michelle Colter | 7 | 3/26/2025 | N / A | N / A |
| 5:25-bk-01162-MJC | Gerald Brian Wilkerson | 13 | 4/28/2025 | N / A | N / A |
| 5:25-bk-01430-MJC | Troy Ray Byers | 13 | 5/22/2025 | N / A | N / A |
| 5:25-bk-01634-MJC | Stephen Mark-Harold Benscoter | 13 | 6/9/2025 | N / A | N / A |
| 5:25-bk-01670-MJC | Nicole D. Boyer | 13 | 6/12/2025 | N / A | N / A |
| 5:25-bk-01738-MJC | Cynthia Pilgrim | 13 | 6/23/2025 | N / A | N / A |
| 5:25-bk-01749-MJC | David Alan Hull | 13 | 6/24/2025 | N / A | N / A |

| Case Number | Debtor Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 5:25-bk-01833-MJC | Monica Edith Meichsner | 13 | 7/1/2025 | N/A | N/A |
| 5:25-bk-01867-MJC | Jared Joseph Everett | 13 | 7/3/2025 | N/A | N/A |
| 5:25-bk-01887-MJC | Stephanie Bajnoczy | 13 | 7/8/2025 | N/A | N/A |
| 5:25-bk-01904-MJC | Damian Charles Kildare and Janele Rebecca Kildare | 7 | 7/10/2025 | N/A | N/A |
| 5:25-bk-02152-MJC | Vincent Thomas and Maria Grace Thomas | 13 | 7/31/2025 | N/A | N/A |
| 5:25-bk-02246-MJC | Alibek B. Badalov | 13 | 8/12/2025 | N/A | N/A |
| 5:25-bk-02303-MJC | Anthony Thomas Periu | 13 | 8/18/2025 | N/A | N/A |
| 5:25-bk-02314-MJC | Linda Marie Lewandoski | 13 | 8/19/2025 | N/A | N/A |
| 5:25-bk-02365-MJC | John F Donahue | 13 | 8/25/2025 | N/A | N/A |
| 5:25-bk-02725-MJC | Daniel Wayne Smith | 13 | 9/24/2025 | N/A | N/A |
| 5:25-bk-02726-MJC | Zamora Davis | 13 | 9/24/2025 | N/A | N/A |
| 5:25-bk-02735-MJC | Mark Scott Weber | 13 | 9/25/2025 | N/A | N/A |
| 5:25-bk-02768-MJC | Joel Arquimides Amparo Munoz | 7 | 9/29/2025 | N/A | N/A |

| 5:25-bk-02805-MJC | Carlos Joel Villanueva | 13 | 10/1/2025 | N / A | N / A |